# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

In re:

Laurie Salamone,

          Debtor

Chapter 13
Case No. 16-10482

## ORDER DISMISSING CASE

At a hearing on November 28, 2017, the Court denied confirmation of the debtor's Second Amended Chapter 13 Plan [Dkt. No. 47] and denied the debtor leave to file a further amended plan. [Dkt. No. 54.] The Court also ordered that the case would be dismissed if the debtor did not convert the case by December 12, 2017. Id. The debtor has not converted the case to a case under a different chapter of the Bankruptcy Code. The case is therefore dismissed as of this date.

Notwithstanding the dismissal of this case, the Court expressly retains jurisdiction over any funds held by the chapter 13 trustee for the limited purpose of acting upon the First and Final Application of J. Scott Logan, Esq. for Compensation of Legal Services [Dkt. No. 55].

Dated: December 15, 2017

Michael A. Fagone
United States Bankruptcy Judge
District of Maine